# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 09-2323

CHARLES R. PEET, APPELLANT,

V.

ERIC K. SHINSEKI,
SECRETARY OF VETERANS AFFAIRS, APPELLEE.

Before HAGEL, MOORMAN, and SCHOELEN, *Judges.*

## O R D E R

On September 7, 2011, the Court ordered the parties to submit memoranda of law by October 7, 2011. On October 6, 2011, the parties filed a joint motion to stay further proceedings, indicating that they were in the final stages of negotiating a joint motion for remand but needed additional time to finalize such a motion. The following day, the parties filed a joint motion for remand.

As the parties filed their joint motion for remand prior to the expiration of the Court-ordered deadline for filing their memoranda of law, there is no need to stay proceedings and the Court will therefore deny the parties' joint motion to stay further proceedings. The Court will also grant their joint motion for remand.

Upon consideration of the foregoing, it is

ORDERED that the parties' October 6, 2011, joint motion to stay further proceedings is denied. It is further

ORDERED that the parties' October 7, 2011, joint motion for remand is GRANTED.

DATED: October 11, 2011                                             PER CURIAM.

Copies to:

Lecia C. King-Wade, Esq.

VA General Counsel (027)